**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
ERIDLEY@FOLEY.COM
JASON M. JULIAN, BAR NO. 215342
JJULIAN@FOLEY.COM
ATTORNEYS FOR DEFENDANTS BANK OF AMERICA, N.A.
(USA) AND MBNA AMERICA BANK, N.A. N/K/A BANK OF
AMERICA N.A. (USA)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE GENGO AND MICHAEL PIEDLAU,<br><br>    PLAINTIFFS,<br><br>    VS.<br><br>CHASE MANHATTAN BANK, N.A., MBNA AMERICA BANK, N.A., BANK OF AMERICA, N.A., AND DOES 1-100, INCLUSIVE,<br><br>    DEFENDANTS. | CASE NO: C 06-4761-SBA<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6-2, Plaintiffs and defendant Bank of America, N.A. (USA), incorrectly named as Bank of America, N.A., and defendant MBNA America Bank, N.A., now known as Bank of America, N.A. (USA) (collectively referred to herein as the "Bank"), by and through their undersigned counsel, hereby request an enlargement of time, up to and including **November 3, 2006**, for the Bank to respond to Plaintiffs' Complaint.

Due to a recent merger between MBNA and Bank of America, the Bank's counsel needs additional time to investigate the allegations contained in Plaintiffs' Complaint so that the Bank can properly affirm or deny Plaintiffs' allegations. For convenience and efficiency, the Bank would prefer to file one responsive pleading on behalf of Bank of America and MBNA at the same time. As such, Plaintiffs' counsel has stipulated to an

1
STIPULATED REQUEST AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO FILE
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT
CASE NO.: C 06-4761-SBA

SFCA_398269.1

enlargement of time, up to and including **November 3, 2006**, for the Bank to respond to Plaintiffs' Complaint.  No substantial harm or prejudice to any party would occur due to this stipulated enlargement of time.  There have been no previous enlargements of time.  The stipulated enlargement of time would not affect the Court's schedule for this case.

WHEREFORE, the undersigned parties pray that this Honorable Court would grant their stipulated request for enlargement of time to file responsive pleading to Plaintiffs' Complaint up to and including **November 3, 2006**.

Dated:  September 27, 2006

FOLEY & LARDNER LLP
EILEEN R. RIDLEY
JASON M. JULIAN

s/Jason M. Julian_____
Jason M. Julian
ATTORNEYS FOR DEFENDANTS BANK OF AMERICA, N.A. (USA), INCORRECTLY NAMED AS BANK OF AMERICA, N.A., AND MBNA AMERICA BANK, N.A., NOW KNOWN AS BANK OF AMERICA, N.A. (USA)

Dated:  September 27, 2006

LAW OFFICES OF DUANE LIGHT

s/Duane Light_____
Duane Light
ATTORNEYS FOR PLAINTIFFS JULIE GENGO AND MICHAEL PIEDLAU

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
THE HONORABLE SAUNDRA B. ARMSTRONG